In the Matter of the Judicial Settlement of the Final Account of Proceedings of WALTER PIEL and ELMER E. WIGG, as Executors, etc., of SOPHIE PIEL, Deceased, and of ROSENA R. NEWCOMBE, BRENT W. BLYTHE and ELMER E. WIGG, as Executors, etc., of RICHARD S. NEWCOMBE, Deceased, Who Was a Former Executor of Said Last Will and Testament of SOPHIE PIEL, Deceased. WALTER PIEL and ELMER E. WIGG, as Executors, etc., of SOPHIE PIEL, Deceased, Appellants; GOTTFRIED PIEL, JR., as Executor, etc., of GOTTFRIED PIEL, SR., Deceased, and ROBERT PIEL, Respondents.— Resettled order of the Surrogate's Court of Queens county granting objectants' motion for a bill of particulars of certain items in an accounting filed by executors of a decedent, in so far as appealed from, affirmed, with ten dollars costs and disbursements, payable by appellants personally; the particulars to be served within five days from the entry of the order hereon. No opinion. Hagarty, Carswell, Johnston, Adel and Close, JJ., concur.

PEARL B. JESLOWITZ, Respondent, v. JACOB GORDON, J. GORDON HOLDING CORPORATION, JESSIE GOLDMAN and IRVING GORDON, Appellants, and Others, Defendants.— In a judgment creditor's action in which there had been considerable delay for various reasons, the court at Special Term, on reargument, denied, on terms and conditions, the motions of certain defendants to dismiss the plaintiff's complaint for failure to prosecute. Order affirmed, without costs. No opinion. Carswell, Davis, Johnston, Adel and Close, JJ., concur.

MAE JOHNSON and VICTOR JOHNSON, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— In an action to recover damages for personal injuries to the plaintiff wife and for medical expenses and loss of services by the husband, the plaintiffs had a verdict on a former trial. The only question raised on this appeal is whether the verdict is against the weight of evidence. Judgment affirmed, with costs. No opinion. Hagarty, Davis, Taylor and Close, JJ., concur; Johnston, J., dissents.